# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 77 WAL 2016

           Respondent    :    Petition for Allowance of Appeal from
                               :    the Order of the Superior Court

            v.    :

MICHAEL ALLEN MONTGOMERY,    :

           Petitioner    :


## <u>ORDER</u>


**PER CURIAM**

     **AND NOW**, this 30th day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.